IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PRIVATE FINANCING ALTERNATIVES, LLC,<br><br>Plaintiff,<br>v.<br><br>WALLOON LAKE HOLDINGS, LLC; MATTHEW ALLEN BORISCH AS TRUSTEE OF MATTHEW ALLEN BORISCH TRUST UNDER AN AGREEMENT DATED Sept. 19, 2006; MATTHEW ALLEN BORISCH; JONATHAN L. BORISCH; MARY K. BORISCH; JLB RESTAURANT HOLDINGS, LLC; and HOTEL WALLOON, LLC,<br><br>Defendants. | Case No. |

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Promissory Note, dated September 29, 2023 |
| 2 | Mortgage, dated September 29, 2023 |
| 3 | Assignment of Leases and Rents, dated September 29, 2023 |
| 4 | Trust Guarantee, dated September 29, 2023 |
| 5 | Matthew Borisch Guarantee, dated September 29, 2023 |
| 6 | J. Borisch Guarantee, dated September 29, 2023 |
| 7 | Mary Borisch Guarantee, dated September 29, 2023 |
| 8 | Borrower's Default Notice, dated February 5, 2025 |