# EXHIBIT D

This Instrument Prepared By:   Erin R. Sika, Esq. (P84526)
After Recording Return To:    Gabriella C. Perez, Esq. (Bar #1011410)
                                14608 N. Dale Mabry Highway, Tampa, FL 33618

## CROSS-COLLATERALIZATION/ CROSS-DEFAULT AGREEMENT

**THIS CROSS-COLLATERALIZATION/CROSS-DEFAULT AGREEMENT** by and between (a) **WALLOON LAKE HOLDINGS, LLC**, (b) **MATTHEW ALLEN BORISCH TRUST UNDER AN AGREEMENT DATED September 19, 2006**, and (c) **JONATHAN L. BORISCH** and **MARY K. BORISCH**, whose collective address is 40 Pearl Street NW, Suite 336, Grand Rapids, Michigan 49503, are hereafter collectively referred to as "Borrowers", and **PRIVATE FINANCING ALTERNATIVES LLC,** a Florida limited liability company, whose address is 14608 N. Dale Mabry Highway, Tampa, FL 33618, hereafter referred to as "Lender".

**WHEREAS,** Lender has extended loans to Borrowers as follows:

(a) A term loan to **WALLOON LAKE HOLDINGS, LLC** dated September 29, 2023 in the original principal amount of $_____.00, secured by a Mortgage, Assignment of Rents, Security Agreement, and Financing Statement recorded on _____, 2023, Document #_____ of the Register of Deeds of Charlevoix County, Michigan, encumbering the real property owned by **WALLOON LAKE HOLDINGS, LLC**, particularly described in Exhibit "A" attached hereto and incorporated herein by reference (hereafter "Loan One"); and

(b) A term loan to **MATTHEW ALLEN BORISCH TRUST UNDER AN AGREEMENT DATED September 19, 2006** dated September 29, 2023 in the original principal amount of $_____.00, secured by a Mortgage, Security Agreement, and Financing Statement recorded on _____, 2023, Document #_____ of the Register of Deeds of Charlevoix County, Michigan, encumbering the real property owned by **MATTHEW ALLEN BORISCH TRUST UNDER AN AGREEMENT DATED September 19, 2006**, particularly described in Exhibit "A" attached hereto and incorporated herein by reference (hereafter "Loan Two"); and

(c) A term loan to **JONATHAN L. BORISCH** and **MARY K. BORISCH** dated September 29, 2023 in the original principal amount of $_____.00, secured by a Mortgage, Security Agreement, and Financing Statement recorded on _____, 2023, Document #_____ of the Register of Deeds of Charlevoix County, Michigan, and secured by a Mortgage, Security Agreement, and Financing Statement recorded on _____, 2023, Document #_____ of the Register of Deeds of Kent County, Michigan, encumbering the real property owned by **JONATHAN L. BORISCH** and **MARY K. BORISCH**, particularly described in Exhibit "A" attached hereto and incorporated herein by reference (hereafter "Loan Three").

**WHEREAS,** as a condition to extending Loan One of the above-referenced loans, Lender requires that Loan One, Loan Two, and Loan Three (collectively the "Loans") be cross collateralized and cross defaulted, as hereinafter set forth.

**NOW, THEREFORE**, in consideration of the mutual promises and covenants contained herein and other good and valuable consideration, the parties agree as follows:

1) **Recitals True and Correct**. The parties agree that the recitals hereinabove are true and correct, and the recitals are incorporated herein by this reference.

2) **Loans Cross-Defaulted**. Should any event of default occur under Loan One, Loan Two, and Loan Three, it shall be considered an event of default under all of the Loans and, at the option of Lender, shall cause the immediate acceleration of all sums due pursuant to each of the Loans described herein and entitle Lender to all rights and remedies thereunder.

3) **Loans Cross-Collateralized**.

   (a) All mortgages described above and the real property encumbered thereby securing Loan One, Loan Two, and Loan Three are hereby cross collateralized to secure all of the Loans so that each mortgage and the real property encumbered thereby shall secure each and all of the loans as if the legal description of each of the real properties securing the Loans was fully set forth in each mortgage.

   (b) In addition, all collateral, security and interest in personal property (tangible and intangible) relating to each of Loan One, Loan Two, and Loan Three shall secure all of the Loans.

4) **Loan Documents Otherwise Unchanged**. Except as cross-collateralized and cross-defaulted hereby, and as modified concurrently herewith, the underlying loan documentation for each of the Loans shall remain unchanged and in full force and effect.

5) **Successors and Assigns**. The provisions hereof shall be binding upon and inure to the benefit of the successors and assigns of the parties hereto.

6) **Separate Obligations**. Notwithstanding any other provision of this Agreement, each of Loan One, Loan Two, and Loan Three shall be and remain separate obligations of Borrower, and the promissory notes evidencing each of the Loans and the security therefor may be separately enforceable according to their respective terms. At its option, Lender may institute separate proceedings with respect to each of Loan One, Loan Two, and Loan Three simultaneously, or in such order and at such times as Lender may elect. The pendency of any proceedings with respect to any one or more of the Loans shall not be grounds for the abatement of or for hindering, delaying or preventing any proceedings with respect to the other Loan. Default under any one or more of the Loans shall constitute a separate cause of action, and the institution of proceedings upon one or more default shall not be construed as a splitting of a cause of action by Lender.

7)     **Governing Law; Amendments to Add or Delete Collateral**. This Agreement shall be governed and construed in accordance with the laws of the State of Michigan and may be amended or amended and restated from time to time to add or delete collateral securing existing or future loans from Lender to Borrowers or one or more of their affiliates. This Agreement shall be recorded in every county that affects one or more of the Loans including but not limited to Charlevoix and Kent Counties.

**INTENTIONALLY LEFT BLANK.**
**SIGNATURE PAGE TO FOLLOW.**

IN WITNESS WHEREOF, the Borrowers have caused this Cross-Collateralization/Cross-Default Agreement to be executed as of the day and year first above set forth.

| WITNESSES: | BORROWERS: |
|---|---|
| Print Name: _CHRIS VAN WINKLE_<br><br>Print Name: _Cynthia Harrison_ | **WALLOON LAKE HOLDINGS, LLC,**<br>a Michigan Limited Liability Company<br><br>By: _____<br>Name: Jonathan L. Borisch<br>Title: Managing Member |
| Print Name: _MARK WELLS_<br><br>Print Name: _CHRIS VAN WINKLE_ | **MATTHEW ALLEN BORISCH TRUST UNDER AN AGREEMENT DATED September 19, 2006**<br><br>By: _____<br>Name: Matthew Allen Borisch<br>Title: Trustee |
| Print Name: _MARK WELLS_<br><br>Print Name: _CHRIS VAN WINKLE_<br><br>Print Name: _MARK WELLS_<br><br>Print Name: _CHRIS VAN WINKLE_ | **JONATHAN L. BORISCH**<br>**MARY K. BORISCH**<br><br>By: _____<br>Name: Jonathan L. Borisch<br><br>By: _Mary K. Borisch_<br>Name: Mary K. Borisch |

**INTENTIONALLY LEFT BLANK.**

**SIGNATURE PAGE TO FOLLOW**

4

## ACKNOWLEDGMENTS OF BORROWERS

**STATE OF MICHIGAN**
**COUNTY OF** Kent

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this 29 day of September 29, 2023, who is ☐ personally known to me or ☒ produced dr. license for identification.

_____
Notary Public, State of Michigan,
County of _____
My commission expires _____
Acting in the County of _____

KRISTINE DAUGHERTY
Notary Public - State of Michigan
County of Kent
My Commission Expires Sep 9, 2029
Acting in the County of Kent

5

# EXHIBIT A

# LEGAL DESCRIPTIONS

## REAL PROPERTY SECURING LOAN ONE:

\*\*Property 6 - 4178 West Street., Walloon Lake, MI 49796\*\*
Township of Melrose, Charlevoix County, Michigan:
Beginning at a 3/4 inch pipe at the Northeast corner of Lot 38 of the Plat of Talcott. according to the plat thereof as recorded in Liber 1 of Village Plats, Page 57; thence South 43 degrees 25 minutes 58 seconds East 66.77 feet to a 1 inch pipe at the Northeast corner of Lot 39; thence South 43 degrees 28 minutes 30 seconds East 66.58 feet to a 3/4 inch pipe at the Southeast corner of said Lot 39; thence South 89 degrees 00 minutes 00 seconds West 49.99 feet to a 1/2 inch rod at the Northeast corner of Lot 11 of said Plat; thence South 33 degrees 42 minutes 12 seconds West along the Southeasterly line of said Lot 11, 217.49 feet to a 3/4 inch pipe on the Northeasterly line of Front Street; thence North 54 degrees 39 minutes 30 seconds West along said Street line 98.45 feet to a 112 inch rod which is South 54 degrees 39 minutes 30 seconds East 12.0 feet from the Easterly line of West Street; thence North 33 degrees 48 minutes 15 seconds East 146.95 feet to a 1/2 inch rod on the line common to Lots 9 and 39 of said Plat; thence North 89 degrees 27 minutes 58 seconds East along said Line common to Lots 9 and 39, 19.0 feet to a 1/2 inch rod; thence North 08 degrees 51 minutes 11 seconds West 59.32 feet to a 1/2 inch rod; thence North 89 degrees 45 minutes 58 seconds East 56.8 feet to a 1/2 inch rod; thence North 00 degrees 14 minutes 02 seconds West 40.47 feet to a 1/2 inch rod on the line common to Lots 37 and 38 of said Plat; thence North 89 degrees 40 minutes 05 seconds East 11.0 feet to the point of beginning, being Lots 10 and 11, and a part of Lots 9, 38 and 39 of said Plat of Talcott.
Also that part of Lots 10 and 11, Plat of Talcott, lying Southwest of Front Street according to the plat thereof as recorded in Liber 1 of Village Plats, Page 57.
Together with an easement for septic system purposes, running from tanks located on the land conveyed herein in utilizing the existing sewer line over the middle third of Lots 37, 38 and 39, Plat of Talcott, according to the plat thereof as recorded in Liber 1 of Village Plats, Page 57, to a point where said Sewer line is in the Middle Road right-of-way; thence proceeding Easterly within the South 1/2 of Middle Road to a point opposite Lots 32 and 33 of said Plat; thence connecting to the septic field in said Lots 32 and 33, as dedicated and reserved in the easement recorded in Liber 212, Page 469, said Easement to also serve Lots 7 and 8, Plat of Talcott.

\*\*Property 7 - M75, Walloon Lake, MI 49796\*\*
Township of Melrose, Charlevoix County, Michigan:
Back Property, described as Commencing at a T-iron stake at the General Land Office Meander Corner at the intersection of the East shore of Walloon Lake and the South line of Section 9, Township 33 North, Range 5 West; thence along the South line of said section (South line of Government Lot 1 of said section), South 90 degrees 00'00" East 68.24 feet to a 1/2" re-rod on the easterly line of State Road (Highway M75 and formerly known as the Boone City - Springvale State Road), being the point of beginning of this description; thence continuing along said South section line, South 90 degrees 00'00" West 389.29 feet to a 1/2" re-rod; thence North 00 degrees 58'05" West 83.03 feet to a 1/2" re-rod; thence North 00 degrees 00'00" West 183.83 feet to a 1/2" re-rod; thence North 77 degrees 17'08" West 178.67 feet (recorded as North 76 degrees 33'05" East 177.33 feet) to a 1 /2" re-rod on said easterly road line; thence along said road line, South 13 degrees 40'42" West 125.91 feet (recorded as South 13 degrees 10' East 126.09 feet) to the point of beginning; being a part of Government Lot 1, Section 9, Town 33 North, Range 5 West.

\*\*Property 8 - 4045 M75, Walloon Lake, MI 49796\*\*
Township of Melrose, Charlevoix County, State of Michigan:
Commencing at a T-iron stake at the General Land Office Meander Corner at the intersection of the East shore of Walloon Lake and South line of Section 9, Township 33 North, Range 5 West; thence along the South line of said section (South line of Government Lot 1 of said section) South 90°00'00" East 0.39 feet to an iron stake on the Westerly line State Street (A/K/A Highway M75 and F/K/A the Boone City – Springvale State Road); thence

along said street line, North 13°20'07" East (recorded as North 13°10' East) 180.00 feet, being the point of beginning of this description; thence North 76°39' 54" West 50.00 feet; thence South 13°20'06"West 29.97 feet; thence North 76°39'54" West 85.28 feet to the intermediate line of Walloon Lake; thence along said intermediate traverse line the following ten courses: North 27°13' 55" West 29.66 feet, North 01°57'45" East 19.20 feet, South 89°02'43" West 13 .52 feet, North 03°10'46" East 34.16 feet, North 79°50'41" East 10.04 feet, North 89°43'40" East. 35 .99 feet, North 01°01'37" East. 13.35 feet, South 88°33 ' 08" East 26.54 feet, North 12°45'56" East 40.03 feet and North 05°16' 49" West. 11.42 feet; thence leaving said intermediate traverse line, South 76°23'03" East 120.17 feet to said street line; thence along said street line, South 13°31'53" West (recorded as South 13°10' West) 20.55 feet; thence continuing along said street line, South 13°20'07" West (recorded as South 13°10' West) 131.78 feet to the point of beginning, being a part of Government Lot 1, Section 9, Township 33 North, Range 5 West and containing 0.584 acres within the perimeter of the courses described. The above described property includes all lands to the water's edge of Walloon Lake Westerly of the intermediate traverse line. Subject to the rights of the public and of any governmental unit in any part thereof taken, used or deeded for street, road or highway purposes.

**Property 9 – 4069 M75, Walloon Lake, MI 49796**
Township of Melrose, Charlevoix County, Michigan,
Commencing at a T-iron stake at the General Land Office Meander Corner at the intersection of the East shore of Walloon Lake and South line of Section 9, Township 33 North, Range 5 West; thence along the South line of said section (South line of Government Lot 1 of said section) South 90°00'00" East 0.39 feet to an iron stake on the Westerly line of State Street (A/K/A/ Highway M75 and F/K/A the Boone City - Springvale State Road); thence along said street line the following two courses: North 13°20'07" East 311.78 feet (recorded as North 13°10' East 310.70 feet) and North 13°31'53" East (recorded as North 13°10' East) 20.55 feet, being the point of this description; thence North 76°23'03" West 120. 17 feet to the intermediate traverse line of Walloon Lake; thence along said intermediate traverse line the following nine courses; North 05°16 ' 49" West 26.42 feet, North 76°23'03" West 26.33 feet, North 12°30'24" East 26.37 feet, South 82°53 '46" East 2.94 feet, North 15°37 '29 " East 8.36 feet, North 69°05 '27" West 3.25 feet, North 16°13'09" East 14.00 feet to the North line of the former Florin W. and Ester E. Simpson property described in Liber 141. Page 590, Charlevoix County records, South 76°35'03" East (recorded as South 76°50' East) 7.76 feet and North 20°46'58 " East 20.17 feet; thence leaving said intermediate traverse line, South 76°35'03" East 15.00 feet; thence North 75°29'26" East 32.03 feet; thence South 76°35'03" East 101.27 feet to said Westerly street line; thence along said Westerly street. line, South 13 °31' 53" West (recorded as South 13"10' West) 110.00 feet to the point of beginning, being a part of Government Lot 1, Section 9, Township 3 3 North, Range 5 West and containing 0.355 acres within the perimeter of the courses described. The above described property includes all lands to the water's edge of Walloon Lake Westerly of the intermediate traverse line. Subject to the rights of the public and of any governmental unit in any part thereof taken, used or deeded for street, road or highway purposes.

**Property 10 - 4127 M75, Walloon Lake, MI 49796**
Township of Melrose, Charlevoix County, Michigan:
Commencing at a T-iron stake at the General Land Office Meander Corner at the intersection of the East shore of Walloon Lake and South line of Section 9, Township 33 North, Range 5 West; thence along the South line of said section (South line of Government Lot 1 of said section) South 90°00'00" East 0.39 feet to an iron stake on the Westerly line State Street (A/K/A Highway M75 and F/K/A the Boone City – Springvale State Road); thence along said street line the following two courses: North 13°20'07" East 311.78 feet (recorded as North 13°10' East 310.70 feet) and North 13°31'53" East (recorded as North 13°10' East) 130.55 feet, being the point of beginning of this description; thence North 76°35'03" West 101.27; thence South 75°29'26" West 32.03 feet; thence North 76°35'03" West 15.00 feet to the intermediate traverse line of Walloon Lake; thence along said intermediate traverse line the following two courses; North 20°46'58" East 20.00 feet and North 02°37'10" West 90.89 feet to the Southeasterly line of Winsor Street (platted as State Street); thence along the Southeasterly line of the Charlevoix County Road Commission property described in Circuit Court file no. 246015CH the following eight courses: North 68°09'42" East 28.66 feet (recorded as North 68°23'36" East 28.71 feet), South 14°07'13" East (recorded as South 13°45'59" East) 1.01 feet, North 60°11'23" East 19.28 feet (recorded as North 60°39'14" East 19.23 feet), North 51°02'04" East (recorded as North 51°22'04" East) 17.60 feet, North 45°16'50"

7

East 19.68 feet (recorded as North 45°40'09" East 19.69 feet), North 52°38'49" East 15.53 feet (recorded as North 52°45'57" East 15.56 feet), North 47°24'51" East 17.95 feet (recorded as North 47°51'56" East 17.87 feet) and North 42°03'24" West 13.38 feet (recorded as North 41°18'58" West 13.45 feet) to the platted location of the Southeasterly line of said Winsor Street; thence along the platted location of said Winsor Street, North 48°22'21" East 172.10 feet (recorded as 172.35 feet) to the Westerly line of said State Street (aka Highway M75 and fka the Boone City – Springvale State Road); thence along said Westerly street line, South 13°19'11" West (recorded as South 13°10' West) 313.02 feet; thence continuing along the last described course, South 13°31'53" West 14.38 feet to the point of beginning, being a part of Government Lot 1, Section 9, Township 33 North, Range 5 West, and containing 0.751 acres within the perimeter of the courses described. The above described property includes all lands to the water's edge of Walloon Lake Westerly of the intermediate traverse line. Subject to the rights of the public and of any governmental unit in any part thereof taken, used or deeded for street, road or highway purposes.

**Property 11 - 4078 M75, Walloon Lake, MI 49796**
Township of Melrose, County of Charlevoix, State of Michigan:
Beginning at an iron stake at the East edge of the sidewalk, said stake being 341.8 feet North 13 degrees 10' East of the point of intersection of the East edge of the right-of-way of Highway M75 and the line common to Sections 9 and 16, Township 33 North, Range 5 West; thence South 76 degrees 50' East for a distance of 230.00 feet to an iron stake; thence North 13 degrees 10' East for a distance of 90.00 feet to an iron stake; thence North 76 degrees 50' West for a distance of 230.00 feet to an iron stake at the East edge of aforesaid sidewalk; thence South 13 degrees 10' West along the East edge of said sidewalk for a distance of 90.00 feet to the Point of Beginning; being a part of Government Lot 1, Section 9, Town 33 North, Range 5 West.

**Property 12 - 4040 M75,Walloon Lake, MI 49796**
Township of Melrose, County of Charlevoix, State of Michigan:
Commencing at the Government Meander Corner on the South line of Section 9, Town 33 North, Range 5 West; thence South 89 degrees 09'57" East 68.77 feet (recorded as 68.27 feet) along the South line of said Section as monumented (South line of Government Lot 1) to the Easterly line of Highway M75; thence South 90 degrees 00'00" East (also recorded as South 89 degrees 33'32" East) 389.29 feet for the point of beginning; thence North 00 degrees 58'05" West 83.03 feet; thence North 90 degrees 00'00" West 183.83 feet; thence North 00 degrees 49'34" East 54.18 feet; thence North 76 degrees 24'01" West 16 feet; thence North 13 degrees 35'59" East 30 feet; thence South 76 degrees 24'01" East (recorded as South 77 degrees 09' East) 37.93 feet; thence South 89 degrees 44'02" East (recorded as North 89 degrees 32' East) 456.11 feet to the West 1/8 line of said Section; thence South 00 degrees 49'34" West 162.66 feet along said 1/8 line to the South Section line; thence North 89 degrees 33'32" West 296.60 feet to the point of beginning; being a part of Government Lot 1, Section 9, Town 33 North, Range 5 West.

**Property 13 & 14: M75, Walloon Lake, MI 49796**
Township of Melrose, County of Charlevoix, State of Michigan:
Commencing at the Government Meander Corner on the South line of Section 9, Town 33 North, Range 5 West; thence South 89 degrees 09'57" East 68.77 feet along the South line of said Section as monumented (South line of Government Lot 1) to the easterly line of Highway M75; thence North 13 degrees 50'19" East 706.54 feet to the point of beginning; thence continuing along the last described course 87.77 feet; thence North 49 degrees 02'29" East 180.84 feet; thence South 41 degrees 17'21" East 199.96 feet; thence North 48 degrees 41'15" East 49.91 feet; thence South 41 degrees 27'52" East 129.93 feet; thence North 48 degrees 26'29" East 131.96 feet; thence South 41 degrees 05'39" East 20.03 feet to the West 1/8 line; thence South 0 degrees 40'57" West along the West 1/8 line of said Section 549.38 feet; thence North 74 degrees 25' 46" West 190.86 feet; thence North 0 degrees 40'57" West 225.26 feet; thence North 76 degrees 09'36" West 213.61 feet: thence North 3 degrees 55'53" West 131.42 feet; thence North 76 degrees 15'02" West 124.89 feet to the point of beginning; being a part of Government Lot 1, Section 9, Town 33 North, Range 5 West (and being a part of the plat of A.K. Smith & Co.'an Addition to the Village of Talcott); Except: commencing at the Government Meander Corner on the South line of Section 9, Town 33 North, Range 5 West; thence South 89 degrees 09'57" East 68.77 feet along the South line of said Section as monumented (South line of Government Lot 1) to the easterly line of Highway M75;

8

thence North 14 degrees 29'00" East (recorded as North 13 degrees 50'19" East and as North 13 degrees 10' East) 794.87 feet along said highway right-of-way; thence North 49 degrees 45'15" East 30.17 feet along said highway right-of-way for the point of beginning of this exception; thence North 49 degrees 45'15" East 150 feet along said right-of-way; thence South 40 degrees 40'03" East 199.85 feet; thence South 49 degrees 45'15" West 150 feet; thence North 40 degrees 40'03" West 199.85 feet to the point of beginning; being a part of Government Lot 1, Section 9, Town 33 North, Range 5 West.

**Property 15 - 4120 M75, Walloon Lake, MI 49796**
Township of Melrose, County of Charlevoix, State of Michigan:
Commencing at the Government Meander Corner on the South line of Section 9, Town 33 North, Range 5 West; thence South 89 degrees 09'57" East 68.77 feet along the South line of said Section as monumented (South line of Government Lot 1) to the easterly line of Highway M75: thence North 13 degrees 50'19" East 431.56 feet (recorded as North 13 degrees 10' East 431.80 feet) to a 3/4 inch pipe on said easterly highway line, being the point of beginning of this description; thence continuing along said highway line North 13 degrees 53'27" East 150.03 feet (recorded as North 13 degrees 10' East 150.0 feet) to a 3/4 inch pipe; thence South 76 degrees 09'36" East (recorded as South 76 degrees 50' East) a distance of 378.61 feet to a 1/2 inch rod; thence South 0 degrees 40'57" West 225.26 feet to a 1/2 inch rod; thence North 82 degrees 03'08" West (recorded as North 82 degrees 36' West) a distance of 100.42 feet to a 1/2 inch rod; thence North 13 degrees 55'09" East 79.71 feet to a 1/2 inch rod; thence North 76 degrees 10'24" West (recorded as North 76 degrees 50' West) a distance of 330.24 feet to the point of beginning; being a part of Government Lot 1, Section 9, Town 33 North, Range 5 West (and being a part of the plat of A.K. Smith & Co.'an Addition to the Village of Talcott).

**Property 16 - 4036 M75, Walloon Lake, MI 49796**
Township of Melrose, County of Charlevoix, State of Michigan:
Beginning at the intersection of the Southeasterly line of Highway M75 with the South line of Section 9, Township 33 North, Range 5 West; thence North 13°51'41" East (recorded as North 13°10" East 209.5 feet) along the Southeasterly line of said Highway 209.4 feet to the Southerly line of the Grand Rapids and Indiana Railroad right-of-way and the Point of Beginning; thence South 76°24'01" East (recorded as South 77°09' East) 148.97 feet; thence South 13°35'59" West 30 feet; thence South 76°24'01" East 16 feet; thence South 0°49'34" West 54.18 feet; thence North 76°33'05" West 177.33 feet; thence North 13°51'41" East (recorded as North 13°10" East) 83.31 feet to the Point of Beginning, being a part of Government Lot 1, Section 9, Township 33 North, Range 5 West.

**Property 17 - 4008 M75, Walloon Lake, MI 49796**
Township of Melrose, County of Charlevoix, State of Michigan:
Parcels being in Section 9, Town 33 North, Range 5 West, described as follows: Beginning at the Southwest corner of the Southeast 1/4 of the Southwest 1/4 of Section 9, Town 33 North, Range 5 West; thence North along the West 1/8 line of said Section 9, a distance of 12 rods to the South side of the railroad right-of-way of the Grand Rapids and Indiana Spur; thence northeasterly along said right-of-way to a point 40 rods West of the North and South 1/4 line of said Section; thence South 22 rods to the Section; thence West on said Section line 40 rods to the point of beginning; being a part of the West 1/2 of the Southeast 1/4 of the Southwest 1/4 of Section 9, Town 33 North, Range 5 West; excepting any portion lying within the former Grand Rapids & Indiana Railroad Right-of-way; Also including: commencing at a T-iron stake at the meander corner common to Sections 9 and 16, Town 33 North, Range 5 West; thence along the South line of said Section 9, South 89 degrees 33'32" East 754.40 feet to a 1-1/2 inch iron pipe at the Southwest corner of the Southeast 1/4 of the Southwest 1/4 of Section 9, Town 33 North, Range 5 West; thence along the West 1/8 line of said Section 9 (as monumented), North 0 degrees 49'34" East 89.50 feet to the Southeasterly line of the former Grand Rapids and Indiana Railroad property as recorded in Deed recorded in Liber 106, Page 525; thence Northeasterly along the Southeasterly line of said railroad property on a curve to the right 126.88 feet (radius of said curve is 1860.08 feet and the chord bears North 63 degrees 33'25" East 126.86 feet) to a T-iron stake being the point of beginning of this description; thence continuing along the Southeasterly line of said former railroad property on a curve to the right 129.50 feet (radius of said curve is 1860.08 feet and the chord bears North 67 degrees 30'20" East 129.48 feet) to a T-

9

iron stake; thence continuing along the aforementioned line North 69 degrees 30'00" East 26.87 feet to a T-iron stake; thence South 87 degrees 31'20" West 102.06 feet to a T-iron stake; thence South 38 degrees 08'33" West 69.34 feet to the point of beginning; being a part of the Southeast 1/4 of the Southwest 1/4 of Section 9, Town 33 North, Range 5 West.

\*\*Property 18 - 4048 M75, Walloon Lake, MI 49796\*\*
Township of Melrose, County of Charlevoix, State of Michigan:
Commencing at a stake at General Land Office Meander corner at intersection of East shore of Walloon Lake and South line of Section 9, Town 33 North, Range 5 West, thence along South line of said Government Lot 1 of said section) North 90°00'00" East 68.24 feet to iron stake on Easterly line of State Road (Hwy M-75 formerly known as BC- Springvale State Road) thence along said road line 13°40'42" East 209.22 feet (recorded as North 13°10' East 209.50 feet and 209.40 feet) being point of beginning thence North 12°54'07" East 57.04 feet (recorded as N 13°10' East 57.00 feet) thence North 13°31'38" East (recorded as N13°10' E) 8.96 feet; thence South 77°06'06" East 140.00 feet thence South 81°27'46" 97.09 feet thence South 00°06'18" 60.28 feet thence South 89°55'08" West 65.20 feet thence North 77°06'06" West 186.94 feet (recorded as N77°09' W 187.20 feet and N76°24'01" West 186.90 feet) to point of beginning being part of Government Lot 1 Section 9, Town 33 North, Range 5 West, 0.370 acres.

## REAL PROPERTY SECURING LOAN TWO:

\*\*Property 5 - 7598 Valley Brook Ave., Boone City, Michigan 49712\*\*
Township of Bay, County of Charlevoix, and State of Michigan:
Lot 3 of Zenith Heights, according to the recorded plat thereof.

## REAL PROPERTY SECURING LOAN THREE:

\*\*Property 1 - 7596 Valley Brook Ave., Boone City, Michigan 49712\*\*
Township of Bay, County of Charlevoix, and State of Michigan:
Lot 3 of Zenith Heights, according to the recorded plat thereof.

\*\*Property 2 - 5333 Dayenu Dr. SE., Grand Rapids, Michigan 49512\*\*
Township of Cascade, County of Kent, and State of Michigan:
Description of Parcel 7: Part of the NE 1/4 of Section 33 and part of the NW 1/4 of Section 34, T6N, R10W, Cascade Township, Kent County, Michigan. described as: Beginning at the NW corner of said Section 34; thence N88°48'57"E 60.97 feet along the North line of said NW 1/4; thence S37°59'17"W 31.84 feet; thence Southwesterly 72.41 feet along a 100.00 feet radius curve to the right, the chord of which bears S58°43'52"W 70.84 feet; thence S79°28'27"W 74.99 feet; thence Westerly 47.39 feet along a 300.00 feet radius curve to the left, the chord of which bears S74°56'54"W 47.35 feet; thence S70°25'21" W 50.39 feet; thence Westerly 48.44 feet along a 150.00 feet radius curve to the right, the chord of which bears S79°40'24"W 48.23 feet; thence S88°55'28"W 136.08 feet; thence Southwesterly 90.04 feet along a 75.00 feet radius curve to the left, the chord of which bears S54°31'59"W 84.73 feet; thence S20°08'30"W 242.49 feet; thence Southerly 109.08 feet along a 155.00 feet radius curve to the left, the chord of which bears S00°01'07"E 106.84 feet; thence S20°10'44"E 74.91 feet; thence Southerly 63.49 feet along a 95.00 feet radius curve to the right, the chord of which bears S01°01'54"E 62.32 feet; thence Southwesterly 136.42 feet along a 360.00 feet radius curve to the right, the chord of which bears S28°58'17"W 135.60 feet; thence Southwesterly 89.48 feet along a 110.00 feet radius curve to the right, the chord of which bears S63°07'53"W 87.04 feet; thence S86°26'09"W 273.76 feet; thence Southwesterly 138.32 feet along a 135.00 feet radius curve to the left, the chord of which bears S57°04'58"W 132.35 feet; thence S27°43'48"W 71.01 feet; thence Southerly 96.20 feet along a 200.00 feet radius curve to the left, the chord of which bears S13°57'00"W 95.28 feet; thence S00°10'12"W 23.43 feet; thence Southerly 129.35 feet along a 300.00 feet radius curve to the right, the chord of which bears S12°31'20"W 128.35 feet; thence S24°52'28"W 95.55 feet; thence Southerly 44.46 feet along a 125.00 feet radius curve to the left, the chord of

which bears S14°41'08"W 44.22 feet to the South line of the North 1/2 of said NE 1/4 of Section 33; thence S89°38'15"W 156.62 feet along said South line; thence N00°21'45"W 101.23 feet to the Northerly R.O.W. line of Kilmer Drive; thence S89°38'15"W 171.05 feet along said Northerly line; thence Southwesterly 769.24 feet along said Northerly line on a 754.59 feet radius curve to the left, the chord of which bears S60°26'00"W 736.37 feet; thence S31°13'45"W 47.85 feet along said Northerly R.O.W. line of Kilmer Drive; thence Southwesterly 438.47 feet along said Northerly line to the East R.O.W. line of Thornapple River Drive on a 492.13 feet radius curve to the right, the chord of which bears S56°45'11"W 424.10 feet; thence N00°11'55"W 170.65 feet along said East line to the Southeasterly R.O.W. line of Highway M6; thence N35°59'59"E 1195.61 feet along said southeasterly line; thence N54°00'01"W 49.21 feet; thence N35°59'59"E 738.19 feet along said Southeasterly R.O.W. line of M6; thence S54°00'01" E 49.21 feet; thence N35°59'59"E 139.64 feet along said Southeasterly R.O.W. line of M6; thence N89°57'35"E 1288.22 feet along the North line of said NE 1/4 of Section 33 to the place of beginning. This parcel contains 35.762 acres.

Description of 66 foot wide easement for Ingress & Egress Private Drive: Part of the SW 1/4 of Section 27, part of the NE 1/4 of Section 33 and part of the NW 1/4 of Section 34, T6N, R10W, Cascade Township, Kent County, Michigan, described as; Commencing at the NW corner of said Section 34; thence N88°48'57'E 60.97 feet along the North line of said NW 1/4 to the center point of a 60.00 foot radius circle and the place of beginning of the centerline of a 66.00 foot wide strip of land; thence S37°59'17"W 31.84 feet; thence Southwesterly 72.41 feet along a 100.00 foot radius curve to the right, the chord of which bears S58°43'52'W 70.84 feet; thence S79°28'27"W 74.99 feet; thence Westerly 47.39 feet along a 300.00 foot radius curve to the left, the chord of which bears S74°56'54"W 47.35 feet; thence S70°25'21'W 50.39 feet; thence Westerly 48.44 feet along a 150.00 foot radius curve to the right, the chord of which bears S79°40'24"W 48.23 feet; thence S88°55'28"W 136.08 feet; thence Southwesterly 90.04 feet along a 75.00 foot radius curve to the left, the chord of which bears S54°31'59"W 84.73 feet; thence S20°08'30"W 242.49 feet; thence Southerly 109.08 feet along a 155.00 foot radius curve to the left, the chord of which bears S00°01'07"E 106.84 feet; thence S20°10'44"E 74.91 feet; thence Southerly 63.49 feet along a 95.00 foot radius curve to the right, the chord of which bears S01°01'54"E 62.32 feet; thence Southwesterly 136.42 feet along a 360.00 foot radius curve to the right, the chord of which bears S28°58'17"W 135.60 feet; thence Southwesterly 89.48 feet along a 110.00 foot radius curve to the right, the chord of which bears S63°07'53"W 87.04 feet; thence S86°26'09"W 273.76 feet; thence Southwesterly 138.32 feet along a 135.00 foot radius curve to the left, the chord of which bears S57°04'58"W 132.35 feet; thence S27°43'48"W 71.01 feet; thence Southerly 96.20 feet along a 200.00 foot radius curve to the left, the chord of which bears S13°57'00"W 95.28 feet; thence S00°10'12"W 23.43 feet; thence Southerly 129.35 feet along a 300.00 foot radius curve to the right, the chord of which bears S12°31'20"W 128.35 feet; thence S24°52'28"W 95.55 feet; thence Southerly 44.46 feet along a 125.00 foot radius curve to the left, the chord of which bears S14°41'08"W 44.22 feet to the South line of the North 1/2 of said NE 1/4 of Section 33, the Northerly R.O.W. line of Kilmer Drive, Reference Point "H" and the place of ending of the centerline of said 66.00 foot wide strip of land. Also, Commencing at aforesaid Reference Point "H"; thence N89°38'15"E 33.16 feet along the South line of the North 1/2 of said NE

1/4 of Section 33 to the place of beginning; thence Northerly 29.91 feet along a 92.00 foot radius curve to the right, the chord of which bears N15°33'37"E 29.78 feet; thence N24°52'28"E 46.96 feet; thence S00°24'54"W 54.42 feet to the North line of Thornapple Valley Plat No. 1 (as recorded in Liber 60 of Plats, Page 21, Kent County Records); thence N89°35'06'W 11.86 feet along said North line; thence S00°24'54"W 16.87 feet to the South line of the North 1/2 of said NE 1/4 of Section 33; thence S89°38'15"W 15.37 feet along said South line to the place of beginning.

Description of Community Drainfield System Easement: Part of the NE 1/4 of Section 33, T6N, R10W, Cascade Township, Kent County, Michigan, described as: Commencing at the NE corner of said Section 33; thence S89°57'35"W 355.61 feet along the North line of said NE 1/4 to the place of beginning of this description; thence S13°51'08"E 82.84 feet; thence S88°55'28"W 54.47 feet; thence Southwesterly 121.42 feet along a 108.00 foot radius curve to the left, the chord of which bears S56°42' 56"W 115.13 feet; thence N65°55'32"W 61.18 feet; thence N00°02'25"W 119.55 feet to the North line of said NE 1/4; thence N89°57'35"E 186.81 feet along said North line to the place
of beginning.

**Property 3 - 5354 Dayenu Dr SE., Grand Rapids, Michigan 49512**

Township of Cascade, County of Kent, and State of Michigan:
Description of Parcel 1: Part of the NE 1/4 of Section 33 and part of the NW 1/4 of Section 34, T6N, R10W, Cascade Township, Kent County, Michigan, described as: Commencing at the NW corner of said Section 34; thence S00°21'18"E 788.99 feet along the West line of said NW 1/4 to the place of beginning of this description; thence N88°48'57"E 226.85 feet to Reference Point "G"; thence N88°48'57"E 67 feet, more or less, to contour elevation 666 on the left bank of the Thornapple River; thence Southerly along said contour line of 666 to its intersection with the South line of the North 924 feet of said NW 1/4; thence S88°48'57"W 42 feet, more or less, to Reference Point "B" (Reference Point "B" is located S00°00' 16"W 135.03 feet along an intermediate traverse line from the above described Reference Point "G"); thence S88°48'57"W 226.00 feet along said South line to the West line of said NW 1/4; thence S00°21'18"E 378.33 feet along said West line to the North line of Thornapple Valley Plat No. 1 (as recorded in Liber 60 of Plats, Page 21, Kent County Records); thence N89°35'06"W 1117.52 feet along said North line; thence S00°24'54"W 16.87 feet to the South line of the North 1/2 of said NE 1/4 of Section 33; thence S89°38'15"W 48.53 feet along said South line; thence Northerly 44.46 feet along a 125.00 foot radius curve to the right the chord of which bears N14°41'08"E 44.22 feet; thence N24°52'28"E 95.55 feet; thence Northerly 129.35 feet along a 300.00 foot radius curve to the left, the chord of which bears N12°31'20"E 128.35 feet; thence N00°10'12"E 23.43 feet; thence Northerly 96.20 feet along a 200.00 foot radius curve to the right, the chord of which bears N13°57'00"E 95.28 feet; thence N27°43'48"E 71.01 feet; thence Northeasterly 138.32 feet along a 135.00 foot radius curve to the right, the chord of which bears N57°04'58"E 132.35 feet; thence N86°26'09"E 273.76 feet; thence Northeasterly 89.48 feet along a 110.00 foot radius curve to the left, the chord of which bears N63°07'53"E 87.04 feet; thence Northeasterly 110.77 feet along a 360.00 foot radius curve to the left, the chord of which bears N31°00'42"E 110.34 feet; thence S68°29'08"E 374.27 feet; thence N88°48'57"E 160.68 feet to the place of beginning. This parcel contains approximately 14.06 acres.

**Property 4 - 5320 Dayenu Dr SE., Grand Rapids, Michigan 49512**
Township of Cascade, County of Kent, and State of Michigan:
Description of Parcel 2: Part of the NE 1/4 of Section 33 and p art of the NW 1/4 of Section 34, Town 6 North, Range 10 West, Cascade Township, Kent County, Michigan, described as: Commencing at the Northwest corner of said Section 34; thence S00°21'18" East 487.04 feet along the West line of said NW 1/4 to the place of beginning of this description; thence S63°27'47" East 97.04 feet; thence S43°44'55" East 165.34 feet; thence N88°48'57"E 27.53 feet to Reference Point "F"; thence N88°48'57" East 86 feet, more or less to contour elevation 666 on the left bank of the Thornapple River; thence Southerly along said contour line of 666 to its intersection with a line which bears N88°48'57" East from Reference Point "G" (Reference Point "G" is located S00°00'16" W 135.03 feet along an intermediate traverse line from the above described Reference Point "F"); thence S88°48'57"W 67 feet to Reference Point "G"; thence S88°48'57" W 387.53 feet; thence N68°29'08" West 374.27 feet; thence Northerly 25.64 feet along a 360.00 foot radius curve to the left, the chord of which bears N20°09'22" East 25.64 feet; thence Northerly 63.49 feet along a 95.00 foot radius curve to the left, the chord of which bears N01°01'54"West 62.32 feet; thence N20°10' 44" West 74.91 feet; thence Northerly 109.08 feet along a 155.00 foot radius curve to the right, the chord of which bears N00°01'07" West 106.84 feet; thence N20°08'30" East 242.49 feet; thence Northeasterly 90.04 feet along a 75.00 foot radius curve to the right, the chord of which bears N54°31'59" East 84.73 feet; thence N88°55'28" East 62.79 feet; thence S30°02'43" East 355.41 feet; thence S63°27'47" East 147.44 feet to the place of beginning. This parcel contains approximately 6.91 acres.