IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRIVATE FINANCING
ALTERNATIVES, LLC,

        Plaintiff,

v.

WALLOON LAKE HOLDINGS, LLC;
MATTHEW ALLEN  BORISCH AS
TRUSTEE OF MATTHEW ALLEN
BORISCH TRUST UNDER AN
AGREEMENT DATED Sept. 19, 2006;
MATTHEW ALLEN BORISCH;
JONATHAN L. BORISCH;
MARY K. BORISCH;
JLB RESTAURANT HOLDINGS, LLC;
and HOTEL WALLOON, LLC,

        Defendants.

Case No. 1:25-cv-00165-HYJ

**PRIVATE FINANCING ALTERNATIVES, LLC'S
MOTION FOR LEAVE TO FILE REPLY TO RESPONSE
TO MOTION TO STRIKE AFFIRMATIVE DEFENSES**

Private Financing Alternatives, LLC ("**Plaintiff**"), pursuant to LCivR 7.3(c), moves

for leave to file a reply to the Response to Plaintiff's Motion to Strike (the "**Response**")

[ECF No. 21] filed by Walloon Lake Holdings, LLC ("**Borrower**"), Matthew Allen Borisch

as Trustee of Matthew Allen Borisch Trust Under an Agreement Dated

September 19, 2006 (the "**Trust**"),  Matthew Allen Borisch ("**Matthew Borisch**"),

Jonathan L. Borisch ("**Jonathan Borisch**"), Mary K. Borisch ("**Mary Borisch**"),

JLB Restaurant Holdings, LLC ("**JLB**"), and Hotel Walloon, LLC ("**Hotel Walloon**")

[collectively "**Defendants**"].

4910-5957-0492, v. 1

The Reply attached hereto as Exhibit "**A**" is not repetitive.  First, in the Reply Plaintiff responds to Defendant's argument that the Motion to Strike should be denied because Plaintiff's counsel's failed to comply with requirements in LCivR 7.1(d)(ii)(A). Second, the Reply addresses in a concise manner the arguments advanced by Defendants in the Response as to each affirmative defense Plaintiff seeks to Strike. Plaintiff believes the Reply will aid the Court in the disposition of Plaintiff's Motion to Strike.

For these reasons, the Court should grant Plaintiff's Motion for Leave to File a Reply to Defendant's Response to Plaintiff's Motion to Strike.

<div style="margin-left:40%">

*/s/ Stanford R. Solomon*
Stanford R. Solomon, Esq.
Robert G. May, Esq.
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
***Attorneys for Plaintiff***
**PRIVATE FINANCING ALTERNATIVES, LLC**
Ssolomon@solomonlaw.com
Rmay@solomonlaw.com

AND

*/s/ Samuel P. Mauch*
Samuel P. Mauch, Esq.
Brian Witus, Esq.
**SARETSKY HART MICHAELS & GOULD PC**
995 S. Eton St.
Birmingham, Michigan 48009
(248) 502-3300 (Tel)
(248) 502-3301 (Fax)
***Attorneys for Plaintiff***
**PRIVATE FINANCING ALTERNATIVES, LLC**
SMauch@Saretsky.com
BWitus@Saretsky.com

</div>

4910-5957-0492, v. 1

## <u>Certificate of Service</u>

        I HEREBY CERTIFY that a copy of the foregoing **Private Financing Alternatives, LLC's Motion for Leave to File a Reply to Defendant's Response to Motion to Strike Affirmative Defenses** has been filed and served through the CM/ECF System for filing and transmittal Notice of Electronic Filing upon all counsel of record, on May 5, 2025.

<div align="right">

*/s/ Stanford R. Solomon*

Stanford R. Solomon, Esq.

Robert G. May, Esq.

**THE SOLOMON LAW GROUP, P.A.**

1881 West Kennedy Boulevard, Suite D

Tampa, Florida 33606-1611

(813) 225-1818 (Tel)

(813) 225-1050 (Fax)

*Attorneys for Plaintiff*

**PRIVATE FINANCING ALTERNATIVES, LLC**

Ssolomon@solomonlaw.com

Rmay@solomonlaw.com


AND


*/s/ Samuel P. Mauch*

Samuel P. Mauch, Esq.

Brian Witus, Esq.

**SARETSKY HART MICHAELS & GOULD PC**

995 S. Eton St.

Birmingham, Michigan 48009

(248) 502-3300 (Tel)

(248) 502-3301 (Fax)

*Attorneys for Plaintiff*

**PRIVATE FINANCING ALTERNATIVES, LLC**

SMauch@Saretsky.com

BWitus@Saretsky.com

</div>

4910-5957-0492, v. 1