UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRIVATE FINANCING ALTERNATIVES, LLC,

    Plaintiff,

v.

WALLOON LAKE HOLDINGS, LLC, et al.,

    Defendants.
_____/

Case No. 1:25-cv-00165-HYJ-MV

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed Plaintiff's Motion for Leave to File Reply to Response to Motion to Strike Affirmative Defenses (ECF No. 22), **IT IS ORDERED** that Plaintiff's motion (ECF No. 22) is **GRANTED**. The Clerk of Court is directed to accept Plaintiff's proposed reply (ECF No. 22-1) for filing.

IT IS SO ORDERED.

Dated: May 6, 2025

    /s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge