UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRIVATE FINANCING ALTERNATIVES, LLC,

    Plaintiff,

Case No. 1:25-cv-00165-HYJ-MV

v.

Hon. Hala Y. Jarbou

WALLOON LAKE HOLDINGS, LLC, et al.,

    Defendants.

_____/

## ORDER

    The Court having reviewed the parties' Stipulation for Entry of Order (1) Granting Partial Relief from Notice Appointing Mediator and (2) Appointing Mediator (ECF No. 54), **IT IS ORDERED** that the parties' stipulation (ECF No. 54) is **DENIED**. The Court-appointed mediator Robert E. Wright remains.

    IT IS SO ORDERED.

Dated: July 1, 2025

    /s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge